PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Arthur Edwards                                    Cr.: 20-00633-001
                                                                    PACTS #: 653561

Name of Sentencing Judicial Officer:    THE HONORABLE TANYA WALTON PRATT
                                        UNITED STATES DISTRICT JUDGE (SD/I)

                                        THE HONORABLE BRIAN R. MARTINOTTI
                                        UNITED STATES DISTRICT JUDGE (D/NJ)
                                        (CASE RE-ASSIGNED JULY 24, 2020)

Date of Original Sentence: 04/04/2017

Original Offense:    Count One: Mail Fraud, 18:1341

Original Sentence: 41 months imprisonment, 36 months supervised release

Special Conditions: Restitution - Money, Special Assessment, Employment Requirements/Restrictions, Substance Abuse Testing, Alcohol Restrictions, Alcohol Treatment, Drug Treatment, Mental Health Treatment, Financial Disclosure, Computer Search, Search/Seizure, Special Assessment

Type of Supervision: Supervised Release            Date Supervision Commenced: 04/13/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The defendant shall make restitution payments at a rate of 10 percent of his gross monthly income. |

U.S. Probation Officer Action:

The probation office conducted a financial investigation and determined the offender is unable to pay the $100,789.84 restitution at a rate of 10% of gross monthly income to commence 30 days upon his release from custody. The probation office respectfully requests the Court to approve the payment be lowered to no less than $35 per month. The undersigned will continue to monitor Edwards' finances. In the event the offender's financial situation improves, the Court will be notified and Edwards' payments will be increased accordingly.

Prob 12A – page 2
Arthur Edwards

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Amy J. Capozzolo*

By:   AMY J. CAPOZZOLO
Senior U.S. Probation Officer

/ ajc

APPROVED:

*Sharon O'Brien     November 24, 2020*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ The Court approves the restitution payment be accepted at no less than $35 per month, until such time the Probation Office determines Edward's financial ability improves and the payments will be increased (as recommended by the Probation Office)

Signature of Judicial Officer

November 24, 2020
Date