PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Arthur Edwards                    Cr.: 20-00633-001
                                                                         PACTS #: 653561

Name of Sentencing Judicial Officer:    THE HONORABLE TANYA WALTON PRATT
                                        UNITED STATES DISTRICT JUDGE (SD/IN)

Name of Assigned Judicial Officer:      THE HONORABLE BRIAN R. MARTINOTTI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/04/2017

Original Offense:   Mail Fraud, 18 U.S.C. § 1341

Original Sentence: 41 months imprisonment, 3 years supervised release

Special Conditions: $100 Special Assessment, $101,009.84 Restitution, Alcohol/Drug Testing and Treatment, Alcohol Restrictions, Mental Health Treatment, Financial Disclosure, No New Debt/Credit, and Search/Seizure

Type of Supervision: Supervised Release                 Date Supervision Commenced: 04/13/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   Failure to satisfy financial obligations

**U.S. Probation Officer Action:**

Throughout his supervision term, Edwards has paid $1,367.13 towards his restitution. The individual under supervision's term of supervision is due to expire on April 12, 2023, with an outstanding restitution balance of $99,817.71. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Arthur Edwards

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

By: PATRICK HATTERSLEY
Supervising U.S. Probation Officer

/bgm

PREPARED BY:

*Brendan G. Murillo*  03/24/2023
BRENDAN G. MURILLO    Date
U.S. Probation Technician

Please check a box below to indicate the Court's direction regarding action to be taken in this case:

[X] Allow Supervision to Expire as Scheduled on April 12, 2023 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

March 25, 2023
_____
Date